AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SAMUEL DAVIS THOMAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OCEAN TECHNOLOGY, INC., )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-48-F** |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Dismiss is ALLOWED. The Clerk of Court is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 29, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Claud R. Wheatly, III            Jeffrey B. Foster
P.O. Box 360               P.O. Drawer 19
Beaufort, NC 28516            Greenville, NC 27835


May 29, 2009                DENNIS P. IAVARONE
Date                    Clerk of Court

                      /s/ Susan K. Edwards

*Wilmington, North Carolina*         *(By) Deputy Clerk*